UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN SUK KIM,

                                      Plaintiff,

            -v-

CAPITAL ONE BANK, N.A. et al.,

                                     Defendants.

21 Civ. 6820 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the initial pretrial conference scheduled for October 22, 2021 at 11 a.m. is adjourned until November 2, 2021, at 4 p.m.

SO ORDERED.

                                                                        *Paul A. Engelmayer*
                                                                       Paul A. Engelmayer
                                                                       United States District Judge

Dated: October 7, 2021
        New York, New York