UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN SUK KIM,

                            Plaintiff,

        -v-

CAPITAL ONE BANK, N.A., EQUIFAX
INFORMATION SERVICES, LLC, TRANSUNION LLC
AND EXPERIAN INFORMATION SOLUTIONS, INC.,

                            Defendants.

21 Civ. 6820 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court having been advised by the parties that all claims asserted between the plaintiff In Suk Kim and the defendant Experian Information Solutions, Inc. ("Experian"), herein have been settled in principle, Dkt. 40, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs as against Experian only, and without prejudice to the right to reopen the action within 45 days of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen must be filed within 45 days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 45-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any proposed order approving the settlement agreement that seeks the Court's continued jurisdiction should either (1) expressly

state that the Court retains jurisdiction to enforce the agreement or (2) incorporate the terms of the settlement agreement in the order.

The Clerk of Court is respectfully directed to terminate defendant Experian.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 12, 2021
      New York, New York